1  Peter C. Lagarias (State Bar No. 77091)
   THE LEGAL SOLUTIONS GROUP, LLP
2  1629 Fifth Avenue
   San Rafael, CA 94901-1828
3  Telephone: (415) 460-0100
   Facsimile: (415) 460-1099
4
5  Attorneys for Defendant and Cross-Complainant
   Air Brokers International, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| AT&T CORP., a New Cork Corporation,<br><br>　　　　Plaintiff,<br>　v.<br><br>AIR BROKERS INTERNATIONAL, INC., a California Corporation,<br><br>　　　　Defendant.<br>_____<br>AIR BROKERS INTERNATIONAL, INC., a California Corporation,<br><br>　　　　Cross-Complainant,<br>　v.<br><br>NEXTIRAONE, LLC, a Texas Limited Liability Company, and NEXTIRAONE CALIFORNIA, LP, a California Limited Partnership;<br><br>　　　　Cross-Defendants. | **CASE NO.: C 04-5148 MEJ**<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41 (a) (1), 41(c))**<br><br>ORDER CLOSING FILE |

DOCSLA.11549.1

1

**VOLUNTARY DISMISSAL WITH PREJUDICE**

The parties to the above action and cross-action, by their below listed counsel of record, hereby jointly consent to the dismissal with prejudice of all claims and cross-claims herein with each party bearing their own costs and attorneys' fees.

DATED: September 16, 2005

BETHUNE & ASSOCIATES, LLP

By: _____
Gary L. Bethune
Attorneys for Plaintiff
AT&T Corp.

DATED: September 15, 2005

THE LEGAL SOLUTIONS GROUP, LLP

By: _____
Peter C. Lagarias
Attorneys for Defendant and Cross-Complainant Air Brakers International, Inc.

DATED: September 16, 2005

DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

By: _____
Susan Page White
Attorneys for Cross-Defendants
NextiraOne, LLC and NextiraOne California, LP

Pursuant to the parties' stipulated dismissal, the Clerk of Court shall close the file.

Dated: September 20, 2005

IT IS SO ORDERED
Judge Maria-Elena James

2